# Court of Appeals
# of the State of Georgia

ATLANTA,   May 16, 2012

*The Court of Appeals hereby passes the following order:*

**A12A0733. LINCOLN COUNTY BOARD OF COMMISSIONERS et al. v. TURNER**

The discretionary appeal in this case having been improvidently granted, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/16/2012
*I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court* hereto affixed the day and year last above written.

, *Clerk.*